Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re                                                    )
                                                         ) Case No._____
                                                         )
                                                         ) MOTION TO TERMINATE ORDER
                                                         ) DIRECTING CHAPTER 13 PAYMENT
Debtor(s)                                                ) TO TRUSTEE; **AND ORDER THEREON**

The undersigned, who is the debtor's attorney (or debtor, if no attorney), moves the Court for an order terminating the order directing debtor's employer (or other entity) whose name is _____ and whose service address is _____ for payment to the trustee for the reason that _____ _____.

Employee Name: _____Social Security # (Last 4 digits)_____

Trustee (mark one)      consents      does not consent to the termination of the wage order.

_____
Signature                                OSB# (if Attorney)

_____
Type or Print Name

IT IS ORDERED that any previously entered order directing chapter 13 payments to the trustee is now terminated, and that the debtor's employer (or other party) named above shall discontinue making payments to the trustee and shall now pay all net wages earned directly to the debtor.

1351.5 (12/1/15)